**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 218 EAL 2019

                Respondent   :

                       :   Petition for Allowance of Appeal from
                       :   the Order of the Superior Court

          v.                 :

                       :

JAMAR MATTHEWS,           :

                Petitioner   :

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 30th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.